UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL CASCIO                        CIVIL ACTION

VERSUS                                NO. 02-2115

TMA MARINE, INC., ET AL               SECTION: L

WEDNESDAY, JULY 23, 2003, 9:00 AM
BEFORE JUDGE ELDON E. FALLON

**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** David Zarek

**Appearances:** Rhett King, Esq. & Les Martin, Esq. for plaintiff
Stanley Cohn, Esq. for defendants, TMA Marine, Inc. and Great Lakes Dredge & Dock Company and third party defendant, Boston Old Colony Insurance Company
George Fagan, Esq. for third party defendant, Flag Container Services, Inc.

1. Motion of defendants, TMA Marine, Inc. and Great Lakes Dredge & Dock Company, and third party defendant, Boston Old Colony Insurance Company, for Partial Summary Judgment (3/26)

2. Motion of third party defendant and cross claimant, Flag Container Services, Inc., for Summary Judgment (6/9)

1. & 2. - Argument - Both motions are DENIED.

DATE OF ENTRY
JUL 2 3 2003