FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 SEP -8 AM 11: 47
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| VERSUS | * | NO. 02-2115 |
| TMA MARINE, INC. | * | SECTION "L"(5) |

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to Civil Action No. 02-2115, entitled *Michael Cascio v. TMA Marine, Inc., et al.* have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana this ___ day of September, 2003.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 9 2003

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No. 141