FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 SEP 19 PM 2: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| VERSUS | * | NO. 02-2115 |
| TMA MARINE, INC. AND GREAT LAKES DREDGE & DOCK COMPANY | * | SECTION "L" (JUDGE FALLON) |
| | * | MAG. 5 (MAGISTRATE CHASEZ) |

## JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiff, Michael Cascio, defendants, TMA Marine, Inc., Great Lakes Dredge & Dock Company, Flag Container Services, Inc., Boston Old Colony Insurance Company, and Intervenor, Les Martin, Esq., who move this Court for an Order dismissing with prejudice, each party to bear their own costs, the Complaint as supplemented and amended, all third-party complaints and cross-claims, and the Intervention on the basis that the matter has been resolved;

DATE OF ENTRY
SEP 2 2 2003

___ Fee_____
___ Process____
X Dktd_____
✓ CtRmDep_____
___ Doc. No.____

The parties submit that they have shown good cause why this Motion to Dismiss with Prejudice, each party to bear their own costs, should be granted.

|  |  |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | Respectfully submitted,<br><br>_/s/_<br>STANLEY J. COHN, T.A., Bar No. 4238<br>MIKE VITT, Bar No. 27676<br>Suite 2775 Pan-American Life Center<br>601 Poydras Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>TMA Marine, Inc., Great Lakes Dredge & Dock Company and Boston Old Colony Insurance Company |

_/s/_
BERNEY J. STRAUSS, ESQ. (Bar No. 12527)
Strauss & King
729 Camp Street
New Orleans, Louisiana 70130
Attorneys for Plaintiff, Michael Cascio

_/s/_
LES A. MARTIN, ESQ. (Bar No. 22504)
303 Huey P. Long Avenue, Suite 300
Gretna, Louisiana 70053
Intervenor

_/s/_
GEORGE D. FAGAN (Bar No. 14260)
WILLIAM W. NEWTON (Bar No. 23229)
Leake & Andersson, L.L.P.
1100 Poydras St., Ste. 1700
New Orleans, LA 70163-1700
Attorneys for Flag Container Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| VERSUS | * | NO. 02-2115 |
| TMA MARINE, INC. AND GREAT LAKES DREDGE & DOCK COMPANY | * | SECTION "L" (JUDGE FALLON) |
| | * | MAG. 5 (MAGISTRATE CHASEZ) |

## ORDER

Upon Motion of the parties and for good cause shown;

IT IS HEREBY ORDERED that the Complaint, as supplemented and amended, all third-party complaints and cross-claims, and the Intervention, are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 19 day of September, 2003.

*Denied as moot. See Order of Dismissal dated 9/8/03*

UNITED STATES DISTRICT JUDGE