


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 OCT -1 PM 2: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 02-2115 |
| | * | |
| TMA MARINE, INC. AND GREAT LAKES | * | SECTION "L" (JUDGE FALLON) |
| DREDGE & DOCK COMPANY | * | |
| | * | MAG. 5 (MAGISTRATE CHASEZ) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * **

### MOTION AND MEMORANDUM IN SUPPORT TO VACATE ORDER OF SEPTEMBER 19, 2003, AND ENTER ORDER OF DISMISSAL, WITH PREJUDICE, AS PROPOSED BY THE PARTIES

NOW INTO COURT, through undersigned counsel, come defendants, TMA Marine, Inc. and Great Lakes Dredge & Dock Company, and move this Court for an Order vacating the Order of September 19, 2003, denying the Joint Motion and Order of Dismissal, With Prejudice, each party to bear their own costs, for the reasons set forth below:

1. The parties entered into a settlement and an Order of Dismissal was entered by the Court on September 8, 2003, without cost and without prejudice, to the right, upon good cause, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

2. Subsequent to the entering of this Order, the parties met and exchanged settlement funds and agreed to dismiss, with prejudice, each party to bear their own costs, the original Complaint, as Amended, cross-claims, third-party demands and the intervention, and, a Joint Motion and Order of Dismissal with prejudice was filed in the Court Record (Doc. No. 144).

3. The Court denied as moot the Order of Dismissal, With Prejudice, each party to bear their own costs, on September 19, 2003.

4. The defendants respectfully submit that an **Order of Dismissal, With Prejudice**, each party to bear their own costs, is appropriate at this time.

Defendants submit they have shown good cause why the Motion should be granted.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

STANLEY J. COHN, T.A., BAR #4238
MICHAEL F. VITT, BAR #27676
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for TMA Marine, Inc. and Great Lakes Dredge & Dock Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by depositing same into the U. S. mail, postage pre-paid, this 1st day of October, 2003.

# **ORDER**

Upon Motion of the parties and for good cause shown;

IT IS HEREBY ORDERED that the Complaint, as supplemented and amended, all third-party complaints and cross-claims, and the Intervention, are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _____ day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| VERSUS | * | NO. 02-2115 |
| TMA MARINE, INC. AND GREAT LAKES DREDGE & DOCK COMPANY | * | SECTION "L" (JUDGE FALLON) |
| | * | MAG. 5 (MAGISTRATE CHASEZ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Motion to Vacate Order of September 19, 2003, and Enter Order of Dismissal, With Prejudice, As Proposed by the Parties filed by TMA Marine, Inc., Great Lakes Dredge & Dock Company and Boston Old Colony Insurance Company will be brought on for hearing before the Honorable Eldon E. Fallon on ~~October 27,~~ November 5, 2003, at 9:00 a.m.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Of Counsel

STANLEY J. COHN, T.A., BAR #4238
MICHAEL F. VITT, BAR #27676
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for TMA Marine, Inc., Great
  Lakes Dredge & Dock Company and
  Boston Old Colony Insurance Company