


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL CASCIO | * | CIVIL ACTION |
| VERSUS | * | NO. 02-2115 |
| TMA MARINE, INC., ET AL. | * | SECTION "L"(5) |

Upon motion of the parties and for good cause shown;

IT IS HEREBY ORDERED that the Complaint, as supplemented and amended, all third-party complaints and cross-claims, and the Intervention, are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 7th day of November, 2003

United States District Court Judge

DATE OF ENTRY
NOV 1 0 2003